IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PARADICE SABBIE                                                                                    PLAINTIFF

V.                                              CASE NO.  5:26-CV-5013

SAM MURPHY                                                                                      DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 6) filed on March 10, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. On March 19, Plaintiff Paradice Sabby filed an Objection (Doc. 7) to the R&R. the Court conducted a *de novo* review of the record and concludes that the R&R is correct and that the Objection fails to engage with the R&R's reasoning in any respect.

**IT IS ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED IN FULL**, and the case is **DISMISSED WITHOUT PREJUDICE** upon preservice screening for failure to state a claim. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus**, the Clerk is directed to place a § 1915(g) strike flag** on the case for future judicial consideration.

**IT IS SO ORDERED** on this 19th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

1